# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* <br> HOBBS, Truman M. | 2. Court or Organization <br> USDC (MD AL) | 3. Date of Report <br> 5/15/07 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> USDJ (Senior Status) | 5a. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial ___X Annual ___ Final | 6. Reporting Period <br> 1/1/06 – 12/31/06 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address <br> U S Courthouse <br> 1 Church St. Suite D-300 <br> Montgomery, AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions.)

1. Director and officer of charitable foundation (Hobbs Foundation)
2. I am co-trustee of Trusts 5 and 6. I have no financial interests in the trusts.
3. 

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|

☒ **NONE** (No reportable agreements.)

1. 
2. 

2007 MAY 18 A 11: 40 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☒ **NONE** (No reportable non-investment income.)

1. $
2. $
3. $

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☒ **NONE** (No reportable non-investment income.)

1. 
2.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **X** NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | **X** NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | **X** NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000, P3=$25,000,001-50,000,000, P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Codes3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 M Lynch CMA MF | A | I/D | M | T | | | | | |
| 2 MUNICIPAL BONDS | | | | | | | | | |
| 3 City of Dothan AL | C | Int | L | T | | | | | |
| 4 Baldwin Cty AL | B | " | K | " | | | | | |
| 5 Ala St Pub Sch & Coll | B | Int | K | T | | | | | |
| 6 Un Ala UN Rev Aux | A | " | | | Redeemed 6/1 | | J | A | |
| 7 Ala Drkg Wtr Fin | C | " | L | T | | | | | |
| 8 Ala Wtr Pln Ctr | B | " | K | " | | | | | |
| 9 Un Ala Un Rev Gen | B | " | K | " | | | | | |
| 10 Mtgy Cty AL | A | " | K | " | | | | | |
| 11 Mobile Cty AL | B | " | K | " | | | | | |
| 12 Un Ala Univ Rev | A | " | K | " | | | | | |
| 13 Univ Ala Gen Rev | B | " | K | " | | | | | |
| 14 Enterprise AL wts | B | " | K | " | | | | | |
| 15 Ala Bldg Renovation | B | " | K | " | Bought 8/17 | | K | | |
| 16 Daphne Ala Wts & Imp | A | " | K | " | Bought 5/22 | | K | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| 1 Koninkl Phil E | B | Div | M | T | Boughtxxxxx | | | | |
| 2 Wachovia Corp (New) | C | " | M | T | | | | | |
| 3 Conoco Phillips | B | " | L | " | | | | | |
| 4 Unova Inc (known now as Intermec) | None | | J | T | | | | | |
| 5 Baxter Int Pfd - exchanged for Baxter Intl Inc | A | Div | K | T | Exchanged | 2/17 | K | | |
| 6 Duke Energy Common | C | " | M | " | | | | | |
| 7 Colg Palm Common | A | " | K | " | | | | | |
| 8 Barrick Gold Comm | A | " | J | " | Bought more | 3/22 | J | | |
| 9 Berkshire Hath Dela CL A common | None | | L | " | | | | | |
| 10 Cohen & Steers REIT & Ut Fd | C | Div | K | T | | | | | |
| 11 KInder Morgan comm | C | Div | | | Sold | 6/15 | L | E | |
| 12 El Paso Corp comm | A | Div | K | " | | | | | |
| 13 Kinder Morgan Energy | B | P/S | K | T | Bought | 8/30 | K | | |
| 14 Weyerhaeuser Co | A | Div | J | " | Bought | 2/22 | J | | |
| MUTUAL FUNDS | | | | | | | | | |
| 15 M Lynch Muni Inter | | | | | | | | | |
| 16 Term Fd D - now known as Blackrock Inter | | | | | | | | | |
| 17 MF Al | D | I/D | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUTUAL FUNDS - ctd | | | | | | | | | |
| M L Muni Enh Fd (now known as Blackrock Munienhanced) | E | I/D | N | T | | | | | |
| M L Munivest Fd (now known as Blackrock Munivest Fund) | D | I/D | M | T | | | | | |
| Scudder (now known as DWS Gold & Precious Met CL C) | B | CG/Div | K | T | | | K | | |
| NOTE: Inadvertently omitted from report for Year 2005 | | | | | Bought | 12/29/05 | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Mtgy AL Med Jcksn | B | Int | | | Matured | 3/1 | K | | |
| Mobile AL IDB Shell | C | " | | • | Matured | 11/1 | K | D | |
| Mobile AL IDB SC | B | " | K | T xXx | | | | | |
| Ala HS Fin SF | C | " | K | " | Part called | 10/2 | J | | |
| Huntsville AL Hlth | C | " | K | " | | | | | |
| Lauderdale Cty HCA | B | " | K | " | | | | | |
| Huntsvi Mdsn Cty AL | B | " | K | " | | | | | |
| Ala Jud Bldg Athy | | None | K | " | | | | | |
| Ala Wtr Poll Ctl | B | Int | K | " | | | | | |
| Mtgy AL BMC Spc C | C | " | | | Matured | 11/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) MUNICIPAL BONDS – ctd | | | | | | | | | |
| 1 Huntsvi Al Hlth | C | Int | K | T | | | | | |
| 2 Ala HFA SF Rev | D | " | L | " | Part called | 4/3 | J | | |
| 3 Mobile Cty AL Wtrs | C | " | K | " | | | | | |
| 4 Mtgy AL BMC Spl | B | " | K | " | | | | | |
| 5 Ala State Docks | C | " | L | " | | | | | |
| 6 Mobile AL IDB Pltn | B | " | K | " | | | | | |
| 7 Ala Drnkg Wtr F Authy | B | " | K | " | | | | | |
| 8 Ala HFA S Fam | C | " | L | " | Part called | 10/3 | J | A | |
| 9 Autauga Cty AL BED | B | " | K | " | | | | | |
| 10 Homewood AL Ed Sa | B | " | K | " | | | | | |
| 11 Autauga Cty AL Pub | B | " | K | " | | | | | |
| 12 Auburn AL Wts | B | " | K | " | | | | | |
| 13 Ala HFA SFM | B | " | K | " | Part called | 10/3 | J | | |
| 14 Cullman Cty AL Wtr | B | " | K | " | | | | | |
| 15 Madison Cty AL B/Ed | B | " | K | " | | | | | |
| 16 Madison Cty AL B/Ed | B | " | K | " | | | | | |
| 17 Troy Al Wts | B | " | K | " | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2.500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1.000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50.000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Ass ssment W=Estimated | T=Cash/Market | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| Florence AL Wts | B | Int | K | T | | | | | |
| Homewood Al B/ED | A | " | K | " | | | | | |
| Madison Cty AL B/Ed | B | " | K | " | | | | | |
| MUTUAL FUNDS | | | | | | | | | |
| MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| Jundt Growth A | | None | | | Redeemed | 11/30 | | J | |
| Putnam Fd G & I | D | D/CG | L | T | | | | | |
| CLOSED END FUNDS | | | | | | | | | |
| Templeton Dragon | D | D/CG | L | T | | | | | |
| TriContinental | C | Div | N | T | | | | | |
| COMMON STOCKS | | | | | | | | | |
| Air Products | C | Div | M | T | | | | | |
| Wyeth | D | " | M | " | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Jefferson Cty AL | B | Int | K | T | | | | | |
| Vestavia Hills AL | B | " | K | " | | | | | |
| Autauga Cty AL Pub | B | " | L | " | | | | | |
| Oxford AL Rec Wt s | B | " | K | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2.500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500.000 P3=$25,000,001-$50.000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions (1) Type | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 Huntsvi AL Cap Impt | B | Int | K | T | | | | | |
| 2 Auburn AL Univ Rev | B | " | K | " | | | | | |
| 3 Enterprise AL Wts | C | " | L | " | | | | | |
| 4 Talladega Cty AL B/Ed | C | " | L | " | | | | | |
| 5 Mtgy AL Tax Inc Wts | B | " | L | " | | | | | |
| 6 Decatur AL B/Ed | B | " | K | " | | | | | |
| 7 Un AL Gen Rev | C | " | L | " | | | | | |
| 8 Fairhope AL Util Wts | C | " | L | " | | | | | |
| 9 Ala St Pub Sch/Coll | C | " | L | " | | | | | |
| 10 Ala St B/Ed Sou Cmnty | C | " | L | " | | | | | |
| 11 Northwest Ala Gas | C | " | L | " | | | | | |
| 12 Baldwin Cty AL B/Ed | B | " | K | " | | | | | |
| 13 Warrior Ri AL Wtr Auth | C | " | L | " | | | | | |
| 14 Phenix Ci AL G/O | C | " | L | " | | | | | |
| 15 Courtland AL IDB | C | " | L | " | | | | | |
| 16 Blount Cty AL Wtr Athy | C | " | K | " | Bought | 6/12 | K | | |
| 17 Shelby Cnty AL B/Ed | B | " | K | " | Bought | 3/15 | K | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS – ctd | | | | | | | | | |
| 1 Opelika AL Wtr Wks Brd | B | Int | K | T | Bought | 4/24 | K | | |
| 2 Robertsdale AL Wrts | B | " | K | " | Bought | 6/9 | K | | |
| 3 Mountain Brook AL B/Ed | B | " | K | " | Bought | 4/12 | K | | |
| 4 Daphne AL Wts | B | " | K | " | Bought | 4/5 | K | | |
| 5 Mtgy Cnt AL Pub Bldg | B | " | K | " | Bought | 7/28 | K | | |
| 6 Mobile Ala Pub Edl | C | " | L | " | Bought | 3/10 | L | | |
| 7 Foley AL Utils Br d | B | " | K | " | Bought | 10/27 | K | | |
| 8 DecaturAL Cap Impt | B | " | K | " | Bought | 10/18 | K | | |
| 9 COMMON STOCKSS | | | | | | | | | |
| 10 AT&T (merged with Bell South) | D | Div | M | T | | | | | |
| 11 | | | | | | | | | |
| 12 PB PLC | D | " | M | " | | | | | |
| 13 Bell South (now known as AT&T) See Line 10 | | | | | | | | | |
| 14 Br My Squibb | E | " | O | " | | | | | |
| 15 Campbell Soup | C | " | M | " | | | | | |
| 16 Chevron-Texaco | C | " | L | " | | | | | |
| 17 Cincinnati Bell | | None | | | Sold | 7/28 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 COMMON STOCKS - ctd | | | | | | | | | |
| 2 Coca Cola | D | Div | O | T | | | | | |
| 3 Compass Banc | E | " | P1 | " | | | | | |
| 4 Eastman Chem | B | " | K | " | | | | | |
| 5 EDS | A | " | K | " | | | | | |
| 6 Exxon Mobil | D | " | N | " | | | | | |
| 7 Fannie Mae | B | " | L | " | | | | | |
| 8 Gen Electric | D | " | N | " | | | | | |
| 9 Harrahs Ent | C | " | M | " | | | | | |
| 10 Hartford Fin Ser | B | " | L | " | | | | | |
| 11 ITT Ind | A | " | K | " | | | | | |
| 12 IBM | B | " | M | " | | | | | |
| 13 Johnson & Johnson | D | " | O | " | | | | | |
| 14 La Pacific | A | " | L | " | | | | | |
| 15 MeadWestVaco | D | " | M | " | | | | | |
| 16 PPG | C | " | M | " | | | | | |
| 17 Conoco Phillips | C | " | M | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS – ctd | | | | | | | | | |
| 1 Hilton | A | Div | L | T | | | | | |
| 2 Raytheon Co New | A | " | J | " | | | | | |
| 3 Regions Fin | E | " | P1 | " | | | | | |
| 4 Roche Hldg Ltd | B | " | M | " | | | | | |
| 5 SBC – now part of AT&T | ]– page 9, Line 10 | | | | | | | | |
| 6 St. Jude Medical | | None | N | T | | | | | |
| 7 Sara Lee | C | Div | M | T | | | | | |
| 8 SCANA | C | " | M | " | | | | | |
| 9 Wachovia Corp New | E | " | P1 | ." | | | | | |
| 10 Suntrust Bank | D | " | O | " | | | | | |
| 11 Synovus Fin | D | " | M | " | | | | | |
| 12 Trinity Ind | A | " | L | " | | | | | |
| 13 Pfizer | D | " | N | " | | | | | |
| 14 Williams Cos Ind | A | " | L | " | | | | | |
| 15 Citigroup | B | " | K | " | | | | | |
| 16 Convergys Corp | | None | L | " | | | | | |
| 17 Col Ptys Tr | D | Div/CG | M | " | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T Cash Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 COMMON STOCKS -ctd | | | | | | | | | |
| 2 Walt Disney Hldg | A | Div | K | T | | | | | |
| 3 Weyerhaeuser | B | " | L | " | Bought more 3/6 K | | | | |
| 4 Zimmer Hldgs Inc | | None | M | T | | | | | |
| 5 Becton Dickinson | B | Div | K | T | | | | | |
| 6 Compass Bank | E | I/D | O | T | | | | | |
| 7 Sterling Bank | A | Int | K | T | | | | | |
| 8 COMMON STOCKS | | | | | | | | | |
| 9 Berkshire Hath CLB | | None | K | T | | | | | |
| 10 Duke Energy Corp | C | Div | L | T | | | | | |
| 11 Newell Rubbermaid | B | " | L | " | | | | | |
| 12 Smucker JM Co New | A | " | K | " | | | | | |
| 13 Proc ter & Gamble | C | " | L | " | | | | | |
| 14 Barrick Gold Corp | | None | L | " | Bought 4/5 | | L | | |
| 15 BHP Billiton Ltd | A | Div | L | " | Bought 3/14 | | L | | |
| 16 Cameco Corp | | None | K | " | Bought 10/16 | | K | | |
| 17 Canadian Nat Res | A | Div | L | " | Bought 6/14 | | L | | |

| 1 | Income Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) COMMON STOCKS – ctd | | | | | | | | | |
| 1 Chesapeake Energy | A | Div | L | T | Bought 3/6 & 10/9 | | | | |
| 2 NYSE Group Inc | | None | K | " | Bought 3/6 | K | | | |
| 3 Tim Hortons Inc | A | Div | L | " | Bought 4/5 | L | | | |
| 4 Wendys Int | A | " | K | " | Bought 4/5 | K | | | |
| 5 ================================ | | | | | | | | | |
| REAL ESTATE | | | | | | | | | |
| 6 Yates Lake Land – | | | | | | | | | |
| 7 unimpro land in Elmore Cty, AL; purchased | | | | | | | | | |
| 8 in 1969, 1976; swapped other land in 1998 for total | | | | | | | | | |
| 9 interest of 33% – purchase prices less than $200,000 | | | | | | | | | |
| 10 | C | P/S | N | R | | | | | |
| 11 Waugh Farm property Waugh AL (Mtgy Cty) | | | | | | | | | |
| 12 purchased in 1978 45 percent for less than $200,000 | | | | | | | | | |
| 13 ================================ | D | P/S | L | R | | | | | |
| 14 COMMON STOCKS | | | | | | | | | |
| 15 Time Warner | A | Div | J | T | | | | | |
| 16 Merck | A | Div | K | T | | | | | |
| 17 Chevron Texaco | B | " | K | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of ssets (including trust assets) Place "(X)" after each asset exe pt from prior disclosure. | B. Income during re orting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during re orting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS – ctd | | | | | | | | | |
| Walmart | B | Div | M | T | | | | | |
| AIG | A | " | L | " | | | | | |
| Berkshire Hath CL B | | None | K | " | | | | | |
| Cardinal Health | A | Div | L | " | | | | | |
| Southern Co | B | " | K | " | | | | | |
| Pfizer Inc | A | " | K | " | | | | | |
| Compass Banc | A | " | K | " | | | | | |
| Colonial Properties | A | D/CG | J | " | | | | | |
| Regions Fin | A | Div | J | ." | | | | | |
| St. Jude Medical | None | | K | " | | | | | |
| Walgreen Co | A | Div | L | " | | | | | |
| ITT Industries | B | " | K | " | | | | | |
| IRA #1 (est in 2004 as result of termination of profit sharing plan with former law firm) | | | | | | | | | |
| – Merrill Lynch Bank USA RASP | D | I/D | N | T | | | | | |
| – Berkshire Hath Del Cl A | | | | | | | | | |
| – Cohen & Steers REIT & PFD Inc Fd | | | | | | | | | |
| Cohen & Steers Select Util Fund | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| IRA #1 – continued | | | | | | | | | |
| – Progress Energy | | | | | | | | | |
| – 3M Co | | | | | | | | | |
| – First Eagle Global CLC | | | | | | | | | |
| – Thornburg Intl value Fd C | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Mobile AL IDB Shell | D | Int | | | Redemption | 11/1 | L | | |
| Baldwin Cty AL B/E | C | " | K | T | | | | | |
| Southeast Ala Gas | D | " | | | Redeemed | 3/1 | L | | |
| Ala Wtr Pltn Ctl | B | " | K | •T | | | | | |
| Mtgy Al BMC Spl Care | C | " | K | " | | | | | |
| Russell Cty AL Wts | B | " | K | " | | | | | |
| Ala St Pub Sch & Coll | C | " | M | " | | | | | |
| Ala St Pub Sch Coll | D | " | M | " | | | | | |
| Ala St Pub Sch & Coll | C | " | L | " | | | | | |
| UN North Ala Rev | C | " | L | " | | | | | |
| Albertville AL Wtrs | B | " | K | " | | | | | |
| Ala St Pub Sch & Coll | B | " | K | " | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | Amt. Code1 (A-H) | Type (e.g., div., ent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buye /seller (if private transaction) |
| NONE  (No repo table income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 Opelika AL Wtr Wks Brd | B | Int | K | T | | | | | |
| 2 Ala St Ser A 5% | C | " | L | " | | | | | |
| 3 Cherokee Cty AL Wtrs | B | " | L | " | | | | | |
| 4 Jefferson Cty AL Swr | B | " | L | " | | | | | |
| 5 Ala 31st Ctr at Tob Settlement | C | " | K | " | | | | | |
| 6 Huntsvi AL Hlth Care | B | " | K | " | | | | | |
| 7 Mobile Cty Al B/Sch | B | " | K | " | | | | | |
| 8 Cullman Cty AL Wtr Rev | B | " | L | " | | | | | |
| 9 Decatur AL Wts | A | " | K | " | | | | | |
| 10 Un Al Univ Rev | B | " | K | " | | | | | |
| 11 Hoover Al Rfdg | B | " | L | " | | | | | |
| 12 Ala WPC Auth Rvlng | B | " | J | T | | | | | |
| 13 Huntsville AL Nat Gas | B | " | L | " | | | | | |
| 14 Ala MHFA Sptx | B | " | K | " | | | | | |
| 15 Autauga Co Pub ED | B | " | K | " | | | | | |
| 16 Decatur AL Cap Impt Wts | None | | K | " | Bought | 10/31 | K | | |

| Income Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001- $100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001- $100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | U=Book value | V=Other | W=Estimated | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| Engelhard Corp | | None | | | Sold | 1/9 | M | F | |
| Republic Svs Inc | C | Div | M | T | | | | | |
| Visteon Corp | | None | | | Sold | 7/28 | J | B | |
| IMS Health | A | Div | K | T | | | | | |
| R H Donnelley Corp (typing error for year 2005 that shows "Connell" rather than "Donnelley.") | | None | J | T | | | | | |
| Dun & Bradstr CN | | None | K | T | | | | | |
| Moody's Corp | A | Div | L | " | | | | | |
| Gartner Group | | None | J | " | | | | | |
| Eli Lilly | C | Div | M | " | | | | | |
| Schlumberger Ltd | B | " | M | " | | | | | |
| Transocean Sedco For | | None | J | " | | | | | |
| Wachovia Corp New | D | Div | M | " | | | | | |
| EMC Corp Mass | | None | | | Sold | 12/26 | J | | |
| Schering Plough | A | Div | | | Sold | 12/26 | K | | |
| Colonial Pro REIT | C | Div | L | T | | | | | |

Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| COMMON STOCKS - ctd | | | | | | | | | |
| 1 Cohen & Steers REIT MFA & PFD Inc Fd | A | Div | K | T | | | | | |
| 3 Barrick Gold Corp | A | " | L | " | Bought more | 10/31 | K | | |
| 4 C & Steers REIT & Utility | B | " | K | " | | | | | |
| 5 Kinder Morgan | B | Div | | | Sold | 6/15 | L | E | |
| 6 Newmont Mining | A | Div | L | " | Bought more | 11/6 | | | |
| 7 Kinder Morgan Energy | B | Div | K | " | Bought | 8/30 | K | | |
| 8 Plum Creek Timber Co | C | CG Dist | M | " | Bought | 2/22 | M | | |
| MUTUAL FUNDS: | | | | | | | | | |
| MF: MuniEnhanc FD (now known as Blackrock Munienhanced) | E | Div | M | T | | | | | |
| MF: ML Muni Interm Term FD (known now as Blackrock Intermediate MF A1) | D | Div | N | T | | | | | |
| M Lynch CMA M Fund | C | I/D | N | T | | | | | |
| ======================================== | | | | | | | | | |
| Trust No. 1 | | | Terminated in 2006 | | | | | | |
| Trust No. 2 | | | Terminated in 2006 | | | | | | |
| Trust No. 3 | | | Terminated in 2006 | | | | | | |
| Trust No. 4 | | | Terminated in 2006 | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes. (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| BANK DEPOSIT PROGRAM WITH BROKERAGE #1 ("Reviewer to not regard as unaccounted for new assets" Letter from Jud Conf dated 10/5/2005) | | | | | | | | | |
| -Citibank USA | A | Intr | L | T | | | | | |
| -Citibank NA | D | " | L | " | | | | | |
| - Citibank Nevada | Cx | " | L | " | | | | | |
| -Citibank FSB | C | " | L | " | | | | | |
| - Citibank (West) FSB | C | " | L | " | | | | | |
| - Citicorp Trust Bk | C | " | L | " | | | | | |
| -Citibank Del | C | " | L | " | | | | | |
| - Cal Commerce Bank (not used in 2006) | | | | | | | | | |
| - Citibank (Banamex USA) | A | Int | J | " | | | | | |
| - Citibank NA South Dakota | C | Int | L | " | | | | | |
| LIMITED PARTNERSHIPS: | | | | | | | | | |
| Fernway Partners, LLD | A | Dist | J | T | | | | | |
| Pekin Partners, LLC | A | " | " | " | | | | | |
| Onwestsia Fund Ltd P | F | " | P1 | " | | | | | |
| Ioka Fund Ltd P/S | G | " | P1 | " | | | | | |
| Ala Fund Ltd PS | G | " | P2 | " | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(Col. C1, D3) N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000

Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
U=Book value  V=Other  W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| 1 Cullman Cty Al Wtr | A | Int | K | T | | | | | |
| 2 Madison Cty AL B/E | A | " | K | " | | | | | |
| 3 Troy AL Wts | A | " | K | " | | | | | |
| 4 Homewood Al B/Ed | A | " | K | " | | | | | |
| 5 Madison Cty AL B/E | A | " | K | " | | | | | |
| 6 Jefferson Cnty AL | A | " | K | " | | | | | |
| 7 Oxford AL Rec wts | B | " | K | " | | | | | |
| 8 Huntsville AL Cap Imp | B | " | K | " | | | | | |
| 9 Auburn Un AL | B | " | K | " | | | | | |
| 10 Enterprise AL Wts | C | " | L | " | | | | | |
| 11 Talladega Cnty AL B/Ed | B | " | K | " | | | | | |
| 12 Ala St Pub Sch & Coll | C | " | L | " | | | | | |
| ================================= | | | | | | | | | |
| 13 TRUST NO. 5 | G | D/I | P2 | T | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| 14 - Mtgy Ala Med Clinic | | | | | | | | | |
| 15 -Bessemer AL Med Cl | | | | | | | | | |
| 16 - Tuscaloosa Cty AL | | | | | | | | | |
| 17 - Un South Al Un | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 5 - continued: MUNICIPAL BONDS - ctd | | | | | | | | | |
| - Mobile AL Wts | | | | | Redeemed | 8/15 | L | C | |
| - Russellvi AL Wts | | | | | Redeemed | 12/1 | K | B | |
| - Ala Drnk Wtr Fin Athy | | | | | | | | | |
| - Huntsvi AL Hlth Care | | | | | | | | | |
| - Mtgy AL Edl Bldgs | | | | | | | | | |
| - Mtgy Al BMC Spl Cr | | | | | | | | | |
| - Huntsvi AL Wtrs | | | | | | | | | |
| - Lauderdale Cty & Fl Ala | | | | | | | | | |
| - Ala St Pub Sch & Coll | | | | | | | | | |
| - Jeff Cty Ala Sch Wts | | | | | | | | | |
| - Jeff Cty AL B/Ed | | | | | | | | | |
| - Mtgy AL BMC Spl Cr | | | | | | | | | |
| - Orange Bch Al Wtr Swer | | | | | | | | | |
| - Orange Bch AL Wtr Swer | | | | | | | | | |
| - Mtgy AL BMC Spl Cr | | | | | | | | | |
| - Ala St Pub Sch & Clg | | | | | | | | | |
| - Ala St Ser A OID | | | | | | | | | |

Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book value    V=Other    W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of r porting period | | D. Transactions during report ng period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/sell r (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO 5% ctd; MUNICIPAL BONDS – ctd | | | | | | | | | |
| 1 – Jeff Cty AL Swr R ev | | | | | | | | | |
| 2 Jeff Co AL Swr Rev | | | | | | | | | |
| 3 – Auburn Un Ala R evs | | | | | | | | | |
| 4 –Morgan Cty AL B/Ed | | | | | | | | | |
| 5 – Bham AL Cap Impt | | | | | | | | | |
| 6 – Ala MHFA Spyx | | | | | | | | | |
| 7 – Un AL Gen Rev | | | | | | | | | |
| 8 – Nrthwest Ala GSDT AL | | | | | | | | | |
| 9 – Ala St Brd Ed Rev | | | | | | | | | |
| 10 – Limestone Cnty AL B/Ed | | | | | | Bought 12/4 | K | | |
| 11 – Ala Bldg Renovation | | | | | | Bought 8/17 | K | | |
| 12 –Mtgy Cnty AL Pub | | | | | | Bought 8/18 | J | | |
| 13 CORPORATE BOND | | | | | | | | | |
| 14 – NM Gen Mtrs Accept | | | | | | | | | |
| 15 COMMON STOCKS – Wyeth | | | | | | | | | |
| 16 – BP PLC | | | | | | | | | |
| 17 – Bell South (now AT&T) | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO 5 - continued; COMMON STOCKS continued | | | | | | | | | |
| 1 - Progress Energy | | | | | | | | | |
| 2 - Chevron Texaco | | | | | | | | | |
| 3 - Dow Jones Co | | | | | | | | | |
| 4 - Halliburton | | | | | | | | | |
| 5 - EDS Corp | | | | | | | | | |
| 6 - Energen Corp | | | | | | | | | |
| 7 - Exxon Mobil | | | | | | | | | |
| 8 - Wachovia Corp New | | | | | | | | | |
| 9 - Flowers Foods Inc | | | | | | | | | |
| 10 - TriContinental Corp | | | | | | | | | |
| 11 - Verizon | | | | | | | | | |
| 12 - Idearc Inc (spinoff from Verizon) | | | | | spinoff | 2006 | J | | |
| 13 - General Electric | | | | | | | | | |
| 14 - IBM | | | | | | | | | |
| 15 - Jefferson Pilot | | | | | Tender | 4/17 | K | E | |
| 16 - Eli Lilly | | | | | | | | | |
| 17 - 3M Company | | | | | | | | | |

1. Income Gain Codes: (See Col. B1, D4) A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: (See Col. C1, D3) J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: (See Col. C2) Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST No. 5 - continued; COMMON STOCKS continued | | | | | | | | | |
| 1 - Imation | | | | | | | | | |
| 2 - Excel Energy | | | | | | | | | |
| 3 - Illinois Tool Wks | | | | | | | | | |
| 4 - Procter & Gamble | | | | | | | | | |
| 5 - Royal Dutch | | | | | | | | | |
| 6 - SBC Comm - Now part of AT&T | | | | | | | | | |
| 7 - El Paso Energy | | | | | | | | | |
| 8 - Southern Co | | | | | | | | | |
| 9 - Synovus Fin | | | | | | | | | |
| 10 - Tupperware Corp | | | | | | | | | |
| 11 - Citigroup | | | | | | | | | |
| 12 - St. Paul Travelers | | | | | | | | | |
| 13 - Colonial Pptys T SBIAL | | | | | | | | | |
| 14 - J M Smucker | | | | | | | | | |
| 15 - Barrick Gold Corp | | | | | | | | | |
| 16 - Cohen & St eers Select Util Fd | | | | | | | | | |
| - Regions Fin Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp: 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO 5 continued; COMMON STOCKS continued | | | | | | | | | |
| - Baxter Intl pfd stock | | | | | Sold | 8/30 | K | C | |
| - Johnson & Johnson | | | | | | | | | |
| - Cohen & Steers REIT and PFD Inc Fd | | | | | | | | | |
| -Kinder Morgan Energy Prtnrs | | | | | Bought | 8/30 | K | | |
| -Lincoln Ntl Corp Ind NPV | | (apparently a spinoff) | | | | | | | |
| -mReliant Energy Inc | | " " " " " " " " " " " " " " " " " " " " " " | | | | | | | |
| ======================== | | | | | | | | | |
| - John Hancock G BL Tech CL A - MF | | | | | | | | | |
| - Templeton World FD CL L - MF | | | | | | | | | |
| - MF: Van Kampen Amer Cap Comstock CLA | | | | | | | | | |
| - MF DNP Select Income Fd | | | | | | | | | |
| =========================== | | | | | | | | | |
| TRUST NO. 6: | G | D/I | P1 | T | | | | | |
| - M Lynch CMF -MF MUNICIPAL BONDS | | | | | | | | | |
| - Ala Wtr Plltn Ctl | | | | | | | | | |
| - Bham Jeff Al CGA | | | | | | | | | |
| - Ala St Pub Sch/Clg | | | | | | | | | |

Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(D4)    F=$50,001- $100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
(D3)    J=$15,000 or less    K=$15,001-$50,000    L=$50,001- $100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| *Place "(X)" after each asset exempt from prior disclosure.* | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST NO. 6 - ctd  MUNICIPAL BONDS ctd | | | | | | | | | |
| - Auburn Al Sch Wts | | | | | | | | | |
| - Univ Ala Univ Revs | | | | | | | | | |
| CORPORATE BOND | | | | | | | | | |
| - NM Gen Mtrs Accept | | | | | | | | | |
| COMMON STOCKS | | | | | | | | | |
| - Abbott Labs | | | | | | | | | |
| - Cardinal Health | | | | | | | | | |
| -Arvin Meritor | | | | | | | | | |
| - Baxter Intl | | | | | | | | | |
| -Compass Banch | | | | | | | | | |
| - Coca Cola | | | | | | | | | |
| - General Mills | | | | | | | | | |
| - Kellogg Co | | | | | | | | | |
| - Caremark | | | | | | | | | |
| - Pfizer | | | | | | | | | |
| - Altria | | | | | | | | | |
| - Regions Fin Corp | | | | | | | | | |
| - El Paso Corp | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/15/07 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amt. Code1 (A-H) | Type (e.g., div., rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g., buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| TRUST No. 6 - contd - COMMON STOCKS - ctd | | | | | | | | | |
| - Suntrust Bank | | | | | | | | | |
| - Elan Corp PLC | | | | | | | | | |
| - Schlumberger Ltd | | | | | | | | | |
| -Wachovia Corp New | | | | | | | | | |
| - Edwards Life Sciences | | | | | | | | | |
| - Transocean Inc | | | | | | | | | |
| - Intel Corp | | | | | | | | | |
| - Nortel Ntwks Corp | | | | | | | | | |
| - Cisco Systems | | | | | | | | | |
| - Johnson & Johnson | | | | | | | | | |
| - Kinder Morgan, Inc. | | | | | | Sold | 6/15 | L | E |
| - Hospira Inc | | | | | | | | | |
| - Cohen & Steers REIT & Pfd Inc Fd | | | | | | | | | |
| - Cohen & Steers REIt & Utilities Inc Fd | | | | | | | | | |
| - Becton & Dickinson | | | | | | | | | |
| - DuPont E I DeNemours | | | | | | | | | |
| - Eaton Vance Tax Man GLB | | | | | | | | | |
| -Duke Energy Corp New | | | | | | Bought | 3/22 | K | |

Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2) U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>HOBBS, Truman M. | Date of Report<br>5/15/07 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     Date    5/15/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544